# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALLEN KOERSCHNER,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 70283

**FILED**

JUL 2 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER ADMINISTRATIVELY CLOSING APPEAL

Appellant filed a document entitled "Appeal: Denial of Rule 60(b)(4) Motion by North Las Vegas Township Justice Court and Writ of Mandamus" in the district court. The district court clerk transmitted the document to this court and it was docketed as a criminal appeal.

Upon further review of the document, it appears that Mr. Koerschner intended to file the document in the district court. The document's caption identifies the Eighth Judicial District Court, and it appears that the document seeks relief from that court based on proceedings that occurred in the Justice Court. Accordingly, we direct the clerk of this court to administratively close this appeal.

It is so ORDERED.



, C.J.

cc:    Hon. Elissa F. Cadish, District Judge
       Allen Koerschner
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-23601